### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDGAR ANTONIO BARRON - HERNANDEZ, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>H.A. LEDEZMA, WARDEN )<br>)<br>Respondent. ) | Case No. CIV-08-829-M |

## ORDER

On September 18, 2008, United States Magistrate Judge Valerie Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241 challenging the execution of his sentence. Simultaneously with the filing of the Petition, Petitioner filed a Motion In Pursuant of § 2243 Issuance of Writ [docket no. 3]. The Magistrate Judge recommended that the Petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2241 be summarily dismissed, and further recommended that Petitioner's Motion In Pursuant of § 2243 Issuance of Writ be denied. Petitioner was advised of his right to object to the Report and Recommendation by October 8, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 18, 2008, and

(2) DISMISSES the Petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2241, and

(3) DENIES the Motion In Pursuant of § 2243 Issuance of Writ.

**IT IS SO ORDERED this 4th day of November, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE